IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>STANISLAV SARBER,<br><br>        Debtor.<br><br>FIDELITY BROKERAGE SERVICES LLC,<br>and FIDELITY MANAGEMENT TRUST<br>COMPANY,<br><br>        Garnishee. | Case No. 2:26-MC-00062-TLN-JDP<br><br>**FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No. 2:11-CR-00514-TLN |

Having reviewed the United States' Request for Entry of Final Order of Garnishment, the settlement agreement attached thereto, and for good cause appearing, IT IS HEREBY ORDERED THAT:

1.    The United States' Request for Entry of a Final Order of Garnishment is GRANTED;

2.    Garnishee Fidelity Brokerage Services, LLC, is directed to pay the Clerk of the United States District Court $29,156.41 of the funds held in the account in the name of Mariya Popova ending in 3138, within fifteen (15) days of the filing of this Final Order of Garnishment. Payment shall be made

FINAL ORDER OF GARNISHMENT

1

in the form of a check, money order, or company draft, made payable to the "**Clerk of the Court**" and delivered to:

Office of the Clerk
501 I St., Rm. 4-200
Sacramento, CA 95814

The criminal docket number (2:11-CR-00514-TLN) shall be stated on the payment instrument;

3.      Garnishee Fidelity Brokerage Services LLC and Fidelity Management Trust Company, shall immediately release all other funds to the owner(s) of the account;

4.      The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5.      The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.


Dated: May 28, 2026


_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

FINAL ORDER OF GARNISHMENT

2