IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAV SARBER,<br><br>　　　　　Debtor.<br>―――――――――――――――――――<br>FIDELITY BROKERAGE SERVICES LLC, AND FIDELITY MANAGEMENT TRUST COMPANY,<br><br>　　　　　Garnishee. | Case No. 2:26-MC-00062-TLN-JDP<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:11-CR-00514-TLN |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on March 12, 2026, is hereby TERMINATED.

ORDER TERMINATING WRIT OF GARNISHMENT

1

IT IS SO ORDERED.

Dated:    July 9, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE